**Exhibit "1"**

| No | IP | Filehash |
|---|---|---|
| 1 | 174.16.40.17 | ACD2BCA1D9382BF55ED06E82EA023CA8C8E1E9F3 |
| 2 | 174.20.32.243 | 0187A3C794DD6937EF8D3DE657BC02D3B734A07B |
| 3 | 174.20.52.131 | ACD2BCA1D9382BF55ED06E82EA023CA8C8E1E9F3 |
| 4 | 174.22.111.127 | 587E7115C017FFCA00246BBF13654EC8B0BA69F7 |
| 5 | 174.22.254.178 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 6 | 174.26.134.181 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 7 | 174.26.202.16 | 8ACA9F2AADA735E05AFEF82D51C99FB84E56896A |
| 8 | 174.27.217.119 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 9 | 174.28.46.16 | 4B2A2E3E438A3E1FB5E6775D932DE49A53D58529 |
| 10 | 174.29.122.249 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 11 | 174.29.98.231 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 12 | 184.101.10.139 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 13 | 184.101.7.241 | F89698895E5732B9E92ECB20336E0C48A13CCFF6 |
| 14 | 184.97.15.80 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 15 | 184.98.0.119 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 16 | 184.98.14.206 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 17 | 184.98.253.188 | 8ACA9F2AADA735E05AFEF82D51C99FB84E56896A |
| 18 | 184.98.41.185 | D5887CDB744A25572088C630E0208775C9ADAFD1 |
| 19 | 184.98.71.55 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 20 | 206.81.197.131 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 21 | 208.45.209.246 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 22 | 63.155.21.185 | 0187A3C794DD6937EF8D3DE657BC02D3B734A07B |
| 23 | 63.224.3.74 | 874841AF363FF5453F33983FCA314DEDC725BDF4 |
| 24 | 63.224.56.182 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 25 | 63.225.183.26 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 26 | 63.225.204.131 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 27 | 63.225.206.126 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 28 | 65.122.183.130 | 4B2A2E3E438A3E1FB5E6775D932DE49A53D58529 |
| 29 | 65.123.5.37 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 30 | 65.125.28.208 | 4B2A2E3E438A3E1FB5E6775D932DE49A53D58529 |
| 31 | 65.128.31.194 | D5887CDB744A25572088C630E0208775C9ADAFD1 |
| 32 | 65.129.112.11 | 8ACA9F2AADA735E05AFEF82D51C99FB84E56896A |
| 33 | 65.129.44.25 | 8ACA9F2AADA735E05AFEF82D51C99FB84E56896A |
| 34 | 65.132.237.100 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 35 | 65.151.163.243 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 36 | 65.158.198.3 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 37 | 65.158.87.210 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 38 | 67.1.251.219 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 39 | 67.235.162.146 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 40 | 67.235.187.213 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 41 | 67.237.177.25 | 4B2A2E3E438A3E1FB5E6775D932DE49A53D58529 |
| 42 | 67.4.202.109 | ACD2BCA1D9382BF55ED06E82EA023CA8C8E1E9F3 |
| 43 | 67.40.193.234 | CD425A53A66A6DB238E16EED54641563D2EBD452 |

| | | |
|---|---|---|
| 44 | 67.40.195.21 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 45 | 67.40.203.85 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 46 | 67.41.44.118 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 47 | 67.42.15.104 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 48 | 67.5.13.177 | 3BD2616DCCBD9B006080B2D1D4962F30E9713707 |
| 49 | 67.6.27.139 | 4B2A2E3E438A3E1FB5E6775D932DE49A53D58529 |
| 50 | 67.6.8.186 | 8ACA9F2AADA735E05AFEF82D51C99FB84E56896A |
| 51 | 67.7.118.127 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 52 | 67.7.159.19 | D0B5831FA1F3585F139C1C657F9C937CCF6EE2D3 |
| 53 | 69.69.16.99 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 54 | 70.59.149.125 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 55 | 71.0.189.36 | 3BD2616DCCBD9B006080B2D1D4962F30E9713707 |
| 56 | 71.0.191.207 | 3BD2616DCCBD9B006080B2D1D4962F30E9713707 |
| 57 | 71.1.149.111 | E35647FF0293A359E0143EF2B3382C62A4C89EAF |
| 58 | 71.1.245.147 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 59 | 71.1.255.58 | 8ACA9F2AADA735E05AFEF82D51C99FB84E56896A |
| 60 | 71.208.90.87 | 68B2399DD5DDA2EC5B3047F9FB173F7324471EA8 |
| 61 | 71.208.97.58 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 62 | 71.211.158.62 | ACD2BCA1D9382BF55ED06E82EA023CA8C8E1E9F3 |
| 63 | 71.211.170.253 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 64 | 71.212.143.220 | 3BD2616DCCBD9B006080B2D1D4962F30E9713707 |
| 65 | 71.217.90.42 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 66 | 71.219.155.60 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 67 | 71.220.5.72 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 68 | 71.221.222.47 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 69 | 71.222.169.63 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 70 | 71.222.42.39 | 3BD2616DCCBD9B006080B2D1D4962F30E9713707 |
| 71 | 71.223.0.247 | 8ACA9F2AADA735E05AFEF82D51C99FB84E56896A |
| 72 | 71.223.169.60 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 73 | 71.223.8.106 | 8ACA9F2AADA735E05AFEF82D51C99FB84E56896A |
| 74 | 71.3.77.103 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 75 | 71.32.94.126 | 8ACA9F2AADA735E05AFEF82D51C99FB84E56896A |
| 76 | 71.34.89.204 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 77 | 71.38.207.157 | 3DD40EF5838C7C03259DBFE3831D9A80893826EB |
| 78 | 71.38.79.147 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 79 | 75.161.47.178 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 80 | 75.164.154.31 | 8ACA9F2AADA735E05AFEF82D51C99FB84E56896A |
| 81 | 75.164.45.126 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 82 | 75.167.151.178 | 4B2A2E3E438A3E1FB5E6775D932DE49A53D58529 |
| 83 | 75.170.18.21 | 3BD2616DCCBD9B006080B2D1D4962F30E9713707 |
| 84 | 75.170.201.191 | FA0B81062C21D78330AA4F4AEB54626F8A65FA8F |
| 85 | 75.173.87.68 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 86 | 75.174.20.137 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 87 | 75.175.85.223 | 4B2A2E3E438A3E1FB5E6775D932DE49A53D58529 |

| | | |
|---:|---|---|
| 88 | 97.115.132.226 | 4B2A2E3E438A3E1FB5E6775D932DE49A53D58529 |
| 89 | 97.115.255.194 | 5A93CF1F9E7D12DAF8D0C942AEC2A875169E704C |
| 90 | 97.116.12.99 | 0187A3C794DD6937EF8D3DE657BC02D3B734A07B |
| 91 | 97.116.32.10 | 874841AF363FF5453F33983FCA314DEDC725BDF4 |
| 92 | 97.118.201.21 | F89698895E5732B9E92ECB20336E0C48A13CCFF6 |
| 93 | 97.120.89.226 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 94 | 97.122.228.205 | 874841AF363FF5453F33983FCA314DEDC725BDF4 |
| 95 | 97.122.253.196 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 96 | 97.122.253.66 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 97 | 97.124.146.127 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |
| 98 | 97.124.225.176 | 874841AF363FF5453F33983FCA314DEDC725BDF4 |
| 99 | 97.125.245.27 | CD425A53A66A6DB238E16EED54641563D2EBD452 |
| 100 | 97.127.55.56 | 86C960CCA35D54C458922C6F3171B25EFF1D46EC |

| No | IP | Filename |
|---|---|---|
| 1 | 174.16.40.17 | Boy Kills World (2023) [2160p] [4K] [WEB] [5.1] [YTS.MX] |
| 2 | 174.20.32.243 | Boy.Kills.World.2023.720p.HDCAM-C1NEM4[TGx] |
| 3 | 174.20.52.131 | Boy Kills World (2023) [2160p] [4K] [WEB] [5.1] [YTS.MX] |
| 4 | 174.22.111.127 | Boy.Kills.World.2024.1080p.HDTS.x265.COLLECTIVE.mp4 |
| 5 | 174.22.254.178 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 6 | 174.26.134.181 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 7 | 174.26.202.16 | Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX] |
| 8 | 174.27.217.119 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 9 | 174.28.46.16 | Boy.Kills.World.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 10 | 174.29.122.249 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 11 | 174.29.98.231 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 12 | 184.101.10.139 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 13 | 184.101.7.241 | Boy.Kills.World.2023.1080p.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx] |
| 14 | 184.97.15.80 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 15 | 184.98.0.119 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 16 | 184.98.14.206 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 17 | 184.98.253.188 | Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX] |
| 18 | 184.98.41.185 | Boy Kills World 2024 1080p AMZN WEB-DL DDP5 1 H 264-BYNDR |
| 19 | 184.98.71.55 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 20 | 206.81.197.131 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 21 | 208.45.209.246 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 22 | 63.155.21.185 | Boy.Kills.World.2023.720p.HDCAM-C1NEM4[TGx] |
| 23 | 63.224.3.74 | Boy Kills World 2023 FullHD 1080p.H264 Ita Eng AC3 5.1 Sub Ita Eng realDMDJ.m |
| 24 | 63.224.56.182 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 25 | 63.225.183.26 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 26 | 63.225.204.131 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 27 | 63.225.206.126 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 28 | 65.122.183.130 | Boy.Kills.World.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 29 | 65.123.5.37 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 30 | 65.125.28.208 | Boy.Kills.World.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 31 | 65.128.31.194 | Boy Kills World 2024 1080p AMZN WEB-DL DDP5 1 H 264-BYNDR |
| 32 | 65.129.112.11 | Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX] |
| 33 | 65.129.44.25 | Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX] |
| 34 | 65.132.237.100 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 35 | 65.151.163.243 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 36 | 65.158.198.3 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 37 | 65.158.87.210 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 38 | 67.1.251.219 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 39 | 67.235.162.146 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 40 | 67.235.187.213 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 41 | 67.237.177.25 | Boy.Kills.World.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 42 | 67.4.202.109 | Boy Kills World (2023) [2160p] [4K] [WEB] [5.1] [YTS.MX] |
| 43 | 67.40.193.234 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |

| | | |
|---|---|---|
| 44 | 67.40.195.21 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 45 | 67.40.203.85 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 46 | 67.41.44.118 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 47 | 67.42.15.104 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 48 | 67.5.13.177 | Boy.Kills.World.2023.HDCAM.c1nem4.x264-SUNSCREEN[TGx] |
| 49 | 67.6.27.139 | Boy.Kills.World.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 50 | 67.6.8.186 | Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX] |
| 51 | 67.7.118.127 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 52 | 67.7.159.19 | Boy.Kills.World.2023.1080p.10bit.DS4K.iTunes.WEB-Rip.DD5.1.HEVC-NmCT.mkv |
| 53 | 69.69.16.99 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 54 | 70.59.149.125 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 55 | 71.0.189.36 | Boy.Kills.World.2023.HDCAM.c1nem4.x264-SUNSCREEN[TGx] |
| 56 | 71.0.191.207 | Boy.Kills.World.2023.HDCAM.c1nem4.x264-SUNSCREEN[TGx] |
| 57 | 71.1.149.111 | [ Torrent911.xyz ] Boy.Kills.World.2024.MULTi.SDR.2160p.WEB.H265-FW.mkv |
| 58 | 71.1.245.147 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 59 | 71.1.255.58 | Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX] |
| 60 | 71.208.90.87 | Boy.Kills.World.2023.1080p.WEBRip.DD5.1.10bits.x265-Rapta.mkv |
| 61 | 71.208.97.58 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 62 | 71.211.158.62 | Boy Kills World (2023) [2160p] [4K] [WEB] [5.1] [YTS.MX] |
| 63 | 71.211.170.253 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 64 | 71.212.143.220 | Boy.Kills.World.2023.HDCAM.c1nem4.x264-SUNSCREEN[TGx] |
| 65 | 71.217.90.42 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 66 | 71.219.155.60 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 67 | 71.220.5.72 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 68 | 71.221.222.47 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 69 | 71.222.169.63 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 70 | 71.222.42.39 | Boy.Kills.World.2023.HDCAM.c1nem4.x264-SUNSCREEN[TGx] |
| 71 | 71.223.0.247 | Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX] |
| 72 | 71.223.169.60 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 73 | 71.223.8.106 | Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX] |
| 74 | 71.3.77.103 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 75 | 71.32.94.126 | Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX] |
| 76 | 71.34.89.204 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 77 | 71.38.207.157 | Boy Kills World 2023 1080p AMZN WEB-DL DDP5 1 H 264-BYNDR[TGx] |
| 78 | 71.38.79.147 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 79 | 75.161.47.178 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 80 | 75.164.154.31 | Boy Kills World (2023) [1080p] [WEBRip] [x265] [10bit] [5.1] [YTS.MX] |
| 81 | 75.164.45.126 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 82 | 75.167.151.178 | Boy.Kills.World.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 83 | 75.170.18.21 | Boy.Kills.World.2023.HDCAM.c1nem4.x264-SUNSCREEN[TGx] |
| 84 | 75.170.201.191 | Boy.Kills.World.2023.1080p.10bit.WEBRip.6CH.x265.HEVC-PSA |
| 85 | 75.173.87.68 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 86 | 75.174.20.137 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 87 | 75.175.85.223 | Boy.Kills.World.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |

| | | |
|---|---|---|
| 88 | 97.115.132.226 | Boy.Kills.World.2023.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 89 | 97.115.255.194 | Boy Kills World 2023 2160p AMZN WEB-DL DDP5 1 H 265-BYNDR[TGx] |
| 90 | 97.116.12.99 | Boy.Kills.World.2023.720p.HDCAM-C1NEM4[TGx] |
| 91 | 97.116.32.10 | Boy Kills World 2023 FullHD 1080p.H264 Ita Eng AC3 5.1 Sub Ita Eng realDMDJ.m |
| 92 | 97.118.201.21 | Boy.Kills.World.2023.1080p.WEBRip.DDP5.1.x265.10bit-GalaxyRG265[TGx] |
| 93 | 97.120.89.226 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 94 | 97.122.228.205 | Boy Kills World 2023 FullHD 1080p.H264 Ita Eng AC3 5.1 Sub Ita Eng realDMDJ.m |
| 95 | 97.122.253.196 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 96 | 97.122.253.66 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 97 | 97.124.146.127 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |
| 98 | 97.124.225.176 | Boy Kills World 2023 FullHD 1080p.H264 Ita Eng AC3 5.1 Sub Ita Eng realDMDJ.m |
| 99 | 97.125.245.27 | Boy.Kills.World.2023.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 100 | 97.127.55.56 | Boy Kills World (2023) [720p] [WEBRip] [YTS.MX] |

| No | IP | Port | ISP | HitDate |
|---|---|---|---|---|
| 1 | 174.16.40.17 | 55224 | CenturyLink | 2024-05-28 00:43:37 |
| 2 | 174.20.32.243 | 59427 | CenturyLink | 2024-05-10 16:21:58 |
| 3 | 174.20.52.131 | 52623 | CenturyLink | 2024-06-16 00:38:14 |
| 4 | 174.22.111.127 | 60017 | CenturyLink | 2024-05-04 23:20:57 |
| 5 | 174.22.254.178 | 62177 | CenturyLink | 2024-05-28 16:24:34 |
| 6 | 174.26.134.181 | 42171 | CenturyLink | 2024-05-29 00:46:52 |
| 7 | 174.26.202.16 | 55505 | CenturyLink | 2024-06-26 01:11:43 |
| 8 | 174.27.217.119 | 2015 | CenturyLink | 2024-05-27 21:55:38 |
| 9 | 174.28.46.16 | 32249 | CenturyLink | 2024-05-21 13:58:43 |
| 10 | 174.29.122.249 | 51854 | CenturyLink | 2024-06-11 14:00:39 |
| 11 | 174.29.98.231 | 49897 | CenturyLink | 2024-06-05 18:39:37 |
| 12 | 184.101.10.139 | 51103 | CenturyLink | 2024-05-31 23:19:27 |
| 13 | 184.101.7.241 | 4416 | CenturyLink | 2024-05-21 20:15:09 |
| 14 | 184.97.15.80 | 12020 | CenturyLink | 2024-05-23 14:55:38 |
| 15 | 184.98.0.119 | 30046 | CenturyLink | 2024-05-21 16:26:17 |
| 16 | 184.98.14.206 | 26891 | CenturyLink | 2024-05-26 05:14:07 |
| 17 | 184.98.253.188 | 44409 | CenturyLink | 2024-06-26 01:51:31 |
| 18 | 184.98.41.185 | 59791 | CenturyLink | 2024-06-25 00:03:32 |
| 19 | 184.98.71.55 | 62113 | CenturyLink | 2024-05-25 01:55:06 |
| 20 | 206.81.197.131 | 48255 | CenturyLink | 2024-05-24 07:23:56 |
| 21 | 208.45.209.246 | 54788 | CenturyLink | 2024-06-12 02:53:22 |
| 22 | 63.155.21.185 | 6881 | CenturyLink | 2024-05-02 21:23:11 |
| 23 | 63.224.3.74 | 54832 | CenturyLink | 2024-05-29 02:51:04 |
| 24 | 63.224.56.182 | 49294 | CenturyLink | 2024-05-30 15:48:43 |
| 25 | 63.225.183.26 | 58348 | CenturyLink | 2024-06-22 17:39:29 |
| 26 | 63.225.204.131 | 64200 | CenturyLink | 2024-06-03 05:40:52 |
| 27 | 63.225.206.126 | 28156 | CenturyLink | 2024-05-27 01:56:58 |
| 28 | 65.122.183.130 | 44681 | CenturyLink | 2024-05-25 17:26:26 |
| 29 | 65.123.5.37 | 57531 | CenturyLink | 2024-05-22 18:10:38 |
| 30 | 65.125.28.208 | 51047 | CenturyLink | 2024-05-22 19:22:41 |
| 31 | 65.128.31.194 | 53045 | CenturyLink | 2024-06-11 04:10:24 |
| 32 | 65.129.112.11 | 17478 | CenturyLink | 2024-05-24 21:36:23 |
| 33 | 65.129.44.25 | 57804 | CenturyLink | 2024-05-28 03:03:30 |
| 34 | 65.132.237.100 | 56487 | CenturyLink | 2024-05-28 20:15:11 |
| 35 | 65.151.163.243 | 43370 | CenturyLink | 2024-05-22 02:11:05 |
| 36 | 65.158.198.3 | 52984 | CenturyLink | 2024-05-29 02:02:48 |
| 37 | 65.158.87.210 | 54323 | CenturyLink | 2024-05-22 05:51:07 |
| 38 | 67.1.251.219 | 35791 | CenturyLink | 2024-05-26 23:09:15 |
| 39 | 67.235.162.146 | 21039 | CenturyLink | 2024-06-05 23:05:16 |
| 40 | 67.235.187.213 | 23039 | CenturyLink | 2024-07-01 20:42:10 |
| 41 | 67.237.177.25 | 6897 | CenturyLink | 2024-06-28 22:47:58 |
| 42 | 67.4.202.109 | 29088 | CenturyLink | 2024-05-26 19:55:55 |
| 43 | 67.40.193.234 | 6881 | CenturyLink | 2024-06-11 21:44:45 |

| | | | |
|---|---|---|---|
| 44 | 67.40.195.21 | 46825 | CenturyLink | 2024-05-27 02:10:58 |
| 45 | 67.40.203.85 | 6881 | CenturyLink | 2024-06-07 20:39:04 |
| 46 | 67.41.44.118 | 51413 | CenturyLink | 2024-06-08 14:17:06 |
| 47 | 67.42.15.104 | 18157 | CenturyLink | 2024-05-21 13:45:41 |
| 48 | 67.5.13.177 | 42263 | CenturyLink | 2024-05-06 04:36:16 |
| 49 | 67.6.27.139 | 52802 | CenturyLink | 2024-05-23 00:34:42 |
| 50 | 67.6.8.186 | 47837 | CenturyLink | 2024-05-25 03:50:11 |
| 51 | 67.7.118.127 | 51341 | CenturyLink | 2024-05-26 03:06:27 |
| 52 | 67.7.159.19 | 61018 | CenturyLink | 2024-05-26 16:10:01 |
| 53 | 69.69.16.99 | 47266 | CenturyLink | 2024-06-01 21:00:24 |
| 54 | 70.59.149.125 | 50203 | CenturyLink | 2024-05-23 01:25:18 |
| 55 | 71.0.189.36 | 10831 | CenturyLink | 2024-04-30 23:19:19 |
| 56 | 71.0.191.207 | 10831 | CenturyLink | 2024-05-07 14:43:57 |
| 57 | 71.1.149.111 | 51400 | CenturyLink | 2024-06-08 01:43:22 |
| 58 | 71.1.245.147 | 25682 | CenturyLink | 2024-05-26 20:53:08 |
| 59 | 71.1.255.58 | 56435 | CenturyLink | 2024-07-01 20:19:28 |
| 60 | 71.208.90.87 | 47017 | CenturyLink | 2024-06-11 07:38:16 |
| 61 | 71.208.97.58 | 6881 | CenturyLink | 2024-06-05 17:38:46 |
| 62 | 71.211.158.62 | 56130 | CenturyLink | 2024-05-28 00:01:32 |
| 63 | 71.211.170.253 | 42690 | CenturyLink | 2024-06-11 19:11:37 |
| 64 | 71.212.143.220 | 55711 | CenturyLink | 2024-05-18 05:54:43 |
| 65 | 71.217.90.42 | 38304 | CenturyLink | 2024-06-08 00:21:43 |
| 66 | 71.219.155.60 | 53223 | CenturyLink | 2024-05-23 07:08:23 |
| 67 | 71.220.5.72 | 42921 | CenturyLink | 2024-05-23 17:49:26 |
| 68 | 71.221.222.47 | 38969 | CenturyLink | 2024-05-26 01:55:35 |
| 69 | 71.222.169.63 | 37266 | CenturyLink | 2024-06-08 05:56:10 |
| 70 | 71.222.42.39 | 54884 | CenturyLink | 2024-05-10 08:04:27 |
| 71 | 71.223.0.247 | 36195 | CenturyLink | 2024-06-22 02:01:50 |
| 72 | 71.223.169.60 | 14256 | CenturyLink | 2024-05-27 05:36:46 |
| 73 | 71.223.8.106 | 60589 | CenturyLink | 2024-06-15 10:01:21 |
| 74 | 71.3.77.103 | 47062 | CenturyLink | 2024-06-02 20:41:42 |
| 75 | 71.32.94.126 | 57402 | CenturyLink | 2024-05-24 21:24:12 |
| 76 | 71.34.89.204 | 22584 | CenturyLink | 2024-05-22 06:09:37 |
| 77 | 71.38.207.157 | 52076 | CenturyLink | 2024-06-21 16:55:17 |
| 78 | 71.38.79.147 | 56169 | CenturyLink | 2024-05-23 09:31:39 |
| 79 | 75.161.47.178 | 53259 | CenturyLink | 2024-05-25 06:58:19 |
| 80 | 75.164.154.31 | 61100 | CenturyLink | 2024-05-23 15:07:01 |
| 81 | 75.164.45.126 | 42531 | CenturyLink | 2024-05-25 15:19:39 |
| 82 | 75.167.151.178 | 44326 | CenturyLink | 2024-05-21 17:31:25 |
| 83 | 75.170.18.21 | 55770 | CenturyLink | 2024-04-28 19:37:07 |
| 84 | 75.170.201.191 | 16386 | CenturyLink | 2024-05-22 23:29:32 |
| 85 | 75.173.87.68 | 44453 | CenturyLink | 2024-05-22 07:49:17 |
| 86 | 75.174.20.137 | 55109 | CenturyLink | 2024-06-05 18:44:15 |
| 87 | 75.175.85.223 | 61839 | CenturyLink | 2024-05-25 05:20:37 |

| | | | | |
|---|---|---|---|---|
| 88 | 97.115.132.226 | 53415 | CenturyLink | 2024-05-22 04:04:21 |
| 89 | 97.115.255.194 | 48108 | CenturyLink | 2024-06-15 16:57:22 |
| 90 | 97.116.12.99 | 36965 | CenturyLink | 2024-04-29 12:22:49 |
| 91 | 97.116.32.10 | 57685 | CenturyLink | 2024-06-09 03:40:48 |
| 92 | 97.118.201.21 | 59109 | CenturyLink | 2024-05-22 23:14:34 |
| 93 | 97.120.89.226 | 34985 | CenturyLink | 2024-05-25 20:57:05 |
| 94 | 97.122.228.205 | 64991 | CenturyLink | 2024-05-29 22:04:43 |
| 95 | 97.122.253.196 | 6881 | CenturyLink | 2024-05-21 15:32:47 |
| 96 | 97.122.253.66 | 3428 | CenturyLink | 2024-06-16 21:00:24 |
| 97 | 97.124.146.127 | 35806 | CenturyLink | 2024-05-24 13:44:36 |
| 98 | 97.124.225.176 | 13675 | CenturyLink | 2024-06-11 03:50:14 |
| 99 | 97.125.245.27 | 12702 | CenturyLink | 2024-05-27 00:57:35 |
| 100 | 97.127.55.56 | 6881 | CenturyLink | 2024-05-22 16:33:55 |

| No | IP | Title | Notice Send |
|---|---|---|---|
| 1 | 174.16.40.17 | Boy Kills World | 2024-05-28 06:18:28 |
| 2 | 174.20.32.243 | Boy Kills World | 2024-05-10 19:52:56 |
| 3 | 174.20.52.131 | Boy Kills World | 2024-06-16 04:07:17 |
| 4 | 174.22.111.127 | Boy Kills World | 2024-05-05 02:38:28 |
| 5 | 174.22.254.178 | Boy Kills World | 2024-05-28 19:44:05 |
| 6 | 174.26.134.181 | Boy Kills World | 2024-05-29 04:57:57 |
| 7 | 174.26.202.16 | Boy Kills World | 2024-06-26 04:29:07 |
| 8 | 174.27.217.119 | Boy Kills World | 2024-05-28 01:35:37 |
| 9 | 174.28.46.16 | Boy Kills World | 2024-05-22 05:53:36 |
| 10 | 174.29.122.249 | Boy Kills World | 2024-06-11 17:31:09 |
| 11 | 174.29.98.231 | Boy Kills World | 2024-06-05 22:25:56 |
| 12 | 184.101.10.139 | Boy Kills World | 2024-06-01 02:56:43 |
| 13 | 184.101.7.241 | Boy Kills World | 2024-05-22 09:06:06 |
| 14 | 184.97.15.80 | Boy Kills World | 2024-05-23 18:36:58 |
| 15 | 184.98.0.119 | Boy Kills World | 2024-05-22 06:15:49 |
| 16 | 184.98.14.206 | Boy Kills World | 2024-05-26 08:20:16 |
| 17 | 184.98.253.188 | Boy Kills World | 2024-06-26 05:42:31 |
| 18 | 184.98.41.185 | Boy Kills World | 2024-06-25 03:41:55 |
| 19 | 184.98.71.55 | Boy Kills World | 2024-05-25 05:45:11 |
| 20 | 206.81.197.131 | Boy Kills World | 2024-05-24 11:00:01 |
| 21 | 208.45.209.246 | Boy Kills World | 2024-06-12 07:14:33 |
| 22 | 63.155.21.185 | Boy Kills World | 2024-05-03 00:26:32 |
| 23 | 63.224.3.74 | Boy Kills World | 2024-05-29 09:43:36 |
| 24 | 63.224.56.182 | Boy Kills World | 2024-05-30 19:01:21 |
| 25 | 63.225.183.26 | Boy Kills World | 2024-06-22 21:05:15 |
| 26 | 63.225.204.131 | Boy Kills World | 2024-06-03 08:45:32 |
| 27 | 63.225.206.126 | Boy Kills World | 2024-05-27 06:03:29 |
| 28 | 65.122.183.130 | Boy Kills World | 2024-05-25 20:48:44 |
| 29 | 65.123.5.37 | Boy Kills World | 2024-05-22 21:39:58 |
| 30 | 65.125.28.208 | Boy Kills World | 2024-05-22 22:51:35 |
| 31 | 65.128.31.194 | Boy Kills World | 2024-06-11 07:37:11 |
| 32 | 65.129.112.11 | Boy Kills World | 2024-05-28 04:14:39 |
| 33 | 65.129.44.25 | Boy Kills World | 2024-05-28 06:29:36 |
| 34 | 65.132.237.100 | Boy Kills World | 2024-05-28 23:41:06 |
| 35 | 65.151.163.243 | Boy Kills World | 2024-05-22 07:01:32 |
| 36 | 65.158.198.3 | Boy Kills World | 2024-05-29 05:31:31 |
| 37 | 65.158.87.210 | Boy Kills World | 2024-05-22 09:36:08 |
| 38 | 67.1.251.219 | Boy Kills World | 2024-05-27 02:17:59 |
| 39 | 67.235.162.146 | Boy Kills World | 2024-06-06 02:31:03 |
| 40 | 67.235.187.213 | Boy Kills World | 2024-07-02 00:43:16 |
| 41 | 67.237.177.25 | Boy Kills World | 2024-06-29 03:03:50 |
| 42 | 67.4.202.109 | Boy Kills World | 2024-05-27 08:54:42 |
| 43 | 67.40.193.234 | Boy Kills World | 2024-06-12 01:23:44 |

| | | | |
|---|---|---|---|
| 44 | 67.40.195.21 | Boy Kills World | 2024-05-27 05:26:17 |
| 45 | 67.40.203.85 | Boy Kills World | 2024-06-08 01:12:27 |
| 46 | 67.41.44.118 | Boy Kills World | 2024-06-08 17:54:18 |
| 47 | 67.42.15.104 | Boy Kills World | 2024-05-22 03:53:47 |
| 48 | 67.5.13.177 | Boy Kills World | 2024-05-06 08:07:08 |
| 49 | 67.6.27.139 | Boy Kills World | 2024-05-23 04:03:49 |
| 50 | 67.6.8.186 | Boy Kills World | 2024-05-28 04:15:08 |
| 51 | 67.7.118.127 | Boy Kills World | 2024-05-26 06:29:31 |
| 52 | 67.7.159.19 | Boy Kills World | 2024-05-26 19:24:22 |
| 53 | 69.69.16.99 | Boy Kills World | 2024-06-02 00:21:18 |
| 54 | 70.59.149.125 | Boy Kills World | 2024-05-23 04:38:01 |
| 55 | 71.0.189.36 | Boy Kills World | 2024-05-01 02:54:16 |
| 56 | 71.0.191.207 | Boy Kills World | 2024-05-07 18:22:14 |
| 57 | 71.1.149.111 | Boy Kills World | 2024-06-08 05:45:58 |
| 58 | 71.1.245.147 | Boy Kills World | 2024-05-27 02:18:06 |
| 59 | 71.1.255.58 | Boy Kills World | 2024-07-01 23:36:08 |
| 60 | 71.208.90.87 | Boy Kills World | 2024-06-11 10:57:20 |
| 61 | 71.208.97.58 | Boy Kills World | 2024-06-05 21:25:48 |
| 62 | 71.211.158.62 | Boy Kills World | 2024-05-28 03:32:35 |
| 63 | 71.211.170.253 | Boy Kills World | 2024-06-11 22:22:18 |
| 64 | 71.212.143.220 | Boy Kills World | 2024-05-18 09:31:17 |
| 65 | 71.217.90.42 | Boy Kills World | 2024-06-08 03:46:52 |
| 66 | 71.219.155.60 | Boy Kills World | 2024-05-23 10:30:48 |
| 67 | 71.220.5.72 | Boy Kills World | 2024-05-23 21:00:00 |
| 68 | 71.221.222.47 | Boy Kills World | 2024-05-26 05:20:18 |
| 69 | 71.222.169.63 | Boy Kills World | 2024-06-08 09:53:19 |
| 70 | 71.222.42.39 | Boy Kills World | 2024-05-10 11:23:35 |
| 71 | 71.223.0.247 | Boy Kills World | 2024-06-22 05:15:52 |
| 72 | 71.223.169.60 | Boy Kills World | 2024-05-27 10:11:24 |
| 73 | 71.223.8.106 | Boy Kills World | 2024-06-15 13:18:11 |
| 74 | 71.3.77.103 | Boy Kills World | 2024-06-03 01:11:13 |
| 75 | 71.32.94.126 | Boy Kills World | 2024-05-28 04:22:21 |
| 76 | 71.34.89.204 | Boy Kills World | 2024-05-22 09:36:42 |
| 77 | 71.38.207.157 | Boy Kills World | 2024-06-21 21:33:06 |
| 78 | 71.38.79.147 | Boy Kills World | 2024-05-23 12:47:48 |
| 79 | 75.161.47.178 | Boy Kills World | 2024-05-25 11:04:58 |
| 80 | 75.164.154.31 | Boy Kills World | 2024-05-28 04:38:17 |
| 81 | 75.164.45.126 | Boy Kills World | 2024-05-25 18:55:40 |
| 82 | 75.167.151.178 | Boy Kills World | 2024-05-22 04:36:23 |
| 83 | 75.170.18.21 | Boy Kills World | 2024-04-30 08:10:42 |
| 84 | 75.170.201.191 | Boy Kills World | 2024-05-23 02:59:55 |
| 85 | 75.173.87.68 | Boy Kills World | 2024-05-22 11:04:42 |
| 86 | 75.174.20.137 | Boy Kills World | 2024-06-05 23:04:05 |
| 87 | 75.175.85.223 | Boy Kills World | 2024-05-25 08:43:35 |

| | | | |
|---|---|---|---|
| 88 | 97.115.132.226 | Boy Kills World | 2024-05-22 07:49:33 |
| 89 | 97.115.255.194 | Boy Kills World | 2024-06-15 21:56:52 |
| 90 | 97.116.12.99 | Boy Kills World | 2024-04-30 08:13:44 |
| 91 | 97.116.32.10 | Boy Kills World | 2024-06-09 07:07:40 |
| 92 | 97.118.201.21 | Boy Kills World | 2024-05-23 03:00:07 |
| 93 | 97.120.89.226 | Boy Kills World | 2024-05-26 02:14:41 |
| 94 | 97.122.228.205 | Boy Kills World | 2024-05-30 01:16:45 |
| 95 | 97.122.253.196 | Boy Kills World | 2024-05-22 04:46:25 |
| 96 | 97.122.253.66 | Boy Kills World | 2024-06-17 00:35:42 |
| 97 | 97.124.146.127 | Boy Kills World | 2024-05-24 17:07:06 |
| 98 | 97.124.225.176 | Boy Kills World | 2024-06-11 07:55:13 |
| 99 | 97.125.245.27 | Boy Kills World | 2024-05-27 05:27:18 |
| 100 | 97.127.55.56 | Boy Kills World | 2024-05-22 19:57:51 |