**Exhibit "2"**

**From:** notice@dmcagateway.com
**To:** DMCA@centurylink.com
**Bcc:** bcc-us@dmcagateway.com
**Subject:** Notice of Claimed Infringement [Case No. 58581708496]
**Date:** Friday, April 5, 2024 10:50:21 PM

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58581708496
Notice Date: 2024-04-06 08:52:38

Dear Sir or Madam:

This message is sent on behalf of Silent Night Productions Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Silent Night Productions Inc. owns the copyrights to the movie Silent Night. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Silent Night
Infringing FileName: Silent.Night.2023.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx]
Infringing FileSize: 833642412
Infringer's IP Address: 174.125.20.19
Infringer's Port: 50083
Initial Infringement Timestamp: 2024-04-06 05:40:58

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Silent Night Productions Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Silent Night Productions Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Silent Night Productions Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
<Case>
<ID>58581708496</ID>
</Case>
<Complainant>
<Entity>Silent Night Productions Inc.</Entity>
<Contact>Thomas Nowak</Contact>
<Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
<Email>notice@dmcagateway.com</Email>

</Complainant>
<Service_Provider>
<Entity>CenturyLink</Entity>
<Contact>Copyright Agent</Contact>
<Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
<Phone>913-397-3427</Phone>
<Email>DMCA@centurylink.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2024-04-06T05:40:58Z</TimeStamp>
<IP_Address>174.125.20.19</IP_Address>
<Port>50083</Port>
<Type>BitTorrent</Type>
</Source>
<Content>
<Item>
<Title>Silent Night</Title>
<FileName>Silent.Night.2023.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx]</FileName>
<FileSize>833642412</FileSize>
<Type>Movie</Type>
<Hash Type="SHA1">6CC56DFE3ED536648120F79E33978D686D55A250</Hash>
</Item>
</Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----



-----END PGP SIGNATURE-----

**From:** notice@dmcagateway.com
**To:** DMCA@centurylink.com
**Bcc:** bcc-us@dmcagateway.com
**Subject:** Notice of Claimed Infringement [Case No. 58612258784]
**Date:** Wednesday, April 10, 2024 11:14:37 PM

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58612258784
Notice Date: 2024-04-11 10:03:30

Dear Sir or Madam:

This message is sent on behalf of Breathe Productions Inc.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Breathe Productions Inc owns the copyrights to the movie Breathe. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Breathe
Infringing FileName: Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx]
Infringing FileSize: 834750868
Infringer's IP Address: 174.125.147.28
Infringer's Port: 46345
Initial Infringement Timestamp: 2024-04-11 04:23:02

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Breathe Productions Inc copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Breathe Productions Inc's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Breathe Productions Inc in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/

Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
<Case>
<ID>58612258784</ID>
</Case>
<Complainant>
<Entity>Breathe Productions Inc</Entity>
<Contact>Thomas Nowak</Contact>
<Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
<Email>notice@dmcagateway.com</Email>

</Complainant>
<Service_Provider>
<Entity>CenturyLink</Entity>
<Contact>Copyright Agent</Contact>
<Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
<Phone>913-397-3427</Phone>
<Email>DMCA@centurylink.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2024-04-11T04:23:02Z</TimeStamp>
<IP_Address>174.125.147.28</IP_Address>
<Port>46345</Port>
<Type>BitTorrent</Type>
</Source>
<Content>
<Item>
<Title>Breathe</Title>
<FileName>Breathe.2024.720p.AMZN.WEBRip.800MB.x264-GalaxyRG[TGx]</FileName>
<FileSize>834750868</FileSize>
<Type>Movie</Type>
<Hash Type="SHA1">7BE11BEB46F18E5EBFFBE1AF59557BB2A351B6CF</Hash>
</Item>
</Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----



-----END PGP SIGNATURE-----

**From:** notice@dmcagateway.com
**To:** DMCA@centurylink.com
**Bcc:** bcc-us@dmcagateway.com
**Subject:** Notice of Claimed Infringement [Case No. 58810535820]
**Date:** Saturday, May 11, 2024 12:16:52 AM

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58810535820
Notice Date: 2024-05-11 10:18:33

Dear Sir or Madam:

This message is sent on behalf of Breathe Productions Inc.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Breathe Productions Inc owns the copyrights to the movie Breathe. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Breathe
Infringing FileName: Breathe (2024) [1080p] [WEBRip] [5.1] [YTS.MX]
Infringing FileSize: 1851762991
Infringer's IP Address: 184.99.130.109
Infringer's Port: 36943
Initial Infringement Timestamp: 2024-05-11 06:41:30

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Breathe Productions Inc copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Breathe Productions Inc's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Breathe Productions Inc in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/

Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
<Case>
<ID>58810535820</ID>
</Case>
<Complainant>
<Entity>Breathe Productions Inc</Entity>
<Contact>Thomas Nowak</Contact>
<Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
<Email>notice@dmcagateway.com</Email>

</Complainant>
<Service_Provider>
<Entity>CenturyLink</Entity>
<Contact>Copyright Agent</Contact>
<Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
<Phone>913-397-3427</Phone>
<Email>DMCA@centurylink.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2024-05-11T06:41:30Z</TimeStamp>
<IP_Address>184.99.130.109</IP_Address>
<Port>36943</Port>
<Type>BitTorrent</Type>
</Source>
<Content>
<Item>
<Title>Breathe</Title>
<FileName>Breathe (2024) [1080p] [WEBRip] [5.1] [YTS.MX]</FileName>
<FileSize>1851762991</FileSize>
<Type>Movie</Type>
<Hash Type="SHA1">B6D12BDD484F71080051DBC77E533601672C1137</Hash>
</Item>
</Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----



-----END PGP SIGNATURE-----

**From:** notice@dmcagateway.com
**To:** DMCA@centurylink.com
**Bcc:** bcc-us@dmcagateway.com
**Subject:** Notice of Claimed Infringement [Case No. 58958541372]
**Date:** Friday, May 31, 2024 5:40:48 AM

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement

Notice ID: 58958541372
Notice Date: 2024-05-31 15:42:10

Dear Sir or Madam:

This message is sent on behalf of Sympathy FTD, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Sympathy FTD, LLC owns the copyrights to the movie Sympathy for the Devil. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Sympathy for the Devil
Infringing FileName: Sympathy For The Devil (2023) [BLURAY] [1080p] [BluRay] [5.1] [YTS.MX]
Infringing FileSize: 1789071259
Infringer's IP Address: 174.20.35.192
Infringer's Port: 51202
Initial Infringement Timestamp: 2024-05-31 12:01:44

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Sympathy FTD, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Sympathy FTD, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Sympathy FTD, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/

Thomas Nowak
PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
<Case>
<ID>58958541372</ID>
</Case>
<Complainant>
<Entity>Sympathy FTD, LLC</Entity>
<Contact>Thomas Nowak</Contact>
<Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
<Email>notice@dmcagateway.com</Email>

</Complainant>
<Service_Provider>
<Entity>CenturyLink</Entity>
<Contact>Copyright Agent</Contact>
<Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
<Phone>913-397-3427</Phone>
<Email>DMCA@centurylink.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2024-05-31T12:01:44Z</TimeStamp>
<IP_Address>174.20.35.192</IP_Address>
<Port>51202</Port>
<Type>BitTorrent</Type>
</Source>
<Content>
<Item>
<Title>Sympathy for the Devil</Title>
<FileName>Sympathy For The Devil (2023) [BLURAY] [1080p] [BluRay] [5.1] [YTS.MX]
</FileName>
<FileSize>1789071259</FileSize>
<Type>Movie</Type>
<Hash Type="SHA1">C792FFC7C9DF397C76713FD2459D60D51BDE6A9A</Hash>
</Item>
</Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----





-----END PGP SIGNATURE-----